O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AUDENCIO G. VILLASANA III, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-04-468 |
| | § | |
| JANET WILISON, ET AL. | § | |

**ORDER GRANTING MOTION TO PROCEED**
***IN FORMA PAUPERIS* ON APPEAL AND COLLECTION ORDER**

Plaintiff-appellant has properly applied to proceed *in forma pauperis* on appeal (D.E. 56). The motion is granted, and pursuant to 28 U.S.C. § 1915, the following collection order is entered:

1. The Clerk shall file the Appellant's notice of appeal without prepayment of the appellate filing fee.

3. The plaintiff-appellant shall pay **$255.00**, appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

4. The agency having custody of plaintiff-appellant shall forward 20% of each deposit made to the plaintiff's account whenever the balance in the account exceeds $10. This amount shall be collected from the appellant's trust account, when funds are available, and forwarded to the Clerk of the District Court.

5. The plaintiff-appellant shall sign all consents and other documents required by the agency having custody of plaintiff-appellant to authorize the necessary withdrawal from the plaintiff-appellant's inmate trust account.

6.     The Clerk of the Court shall send a copy of this Order to the **Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711.**

ORDERED this 18th day of August, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE