# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

AUDENCIO G. VILLASANA, III        §
§
v.                                 §    C.A. NO. C-04-468
§
JANET WILISON, ET AL.         §

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR AN INJUNCTION AND TO BE TRANSFERRED AND DENYING PLAINTIFF'S MOTION FOR RETURN OF PROPERTY

On August 19, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 60). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motion for an injunction and to be transferred (D.E. 53-1) and plaintiff's motion for return of property (D.E. 53-2) are denied without prejudice.

ORDERED this    1    day of   September  , 2005.

_Hayden Head_
_____
HAYDEN HEAD
CHIEF JUDGE