UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AUDENCIO G. VILLASANA, III  TDCJ-CID #1262524 | § § § | |
| v. | § § | C.A. NO. C-04-468 |
| JANET WILSON, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On September 1, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 63). Objections were timely filed (D.E. 67), but have no merit. Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendants' Motion for Summary Judgment (D.E. 48-1, 48-2) are granted and plaintiff's claims are dismissed with prejudice.

ORDERED this   24   day of     October    , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE